# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| LAN TU TRINH, | : No. 83 EAL 2019 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |
| v. | : |
| KATHLEEN LIEN TRINH AND LT INTERNATIONAL BEAUTY SCHOOL, INC., | : |
| Respondents | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 20th day of August, 2019, the Petition for Allowance of Appeal is **DENIED**.